UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARRY LEE JONES,                    )
                                    )
       Petitioner,          )     Case No. 1:06-cv-337
                                    )
v.                                  )     Honorable Wendell A. Miles
                                    )
MARY BERGHUIS et al.,               )
                                    )
       Respondents.         )
_____)

## JUDGMENT

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be DISMISSED with prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases for failure to present a meritorious federal claim.

**IT IS FURTHER ORDERED** that a certificate of appealability is DENIED as to each issue raised by the Petitioner in this application for habeas corpus relief because Petitioner has failed to make a "substantial showing of a denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

Dated: May 30, 2006                              /s/ Wendell A. Miles
                                                 Wendell A. Miles
                                                 Senior U.S. District Judge

Dockets.Justia.com