UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BARRY LEE JONES, ) | |
| ) | |
| Petitioner, ) | Case No. 1:06-cv-337 |
| ) | |
| v. ) | Honorable Wendell A. Miles |
| ) | |
| MARY BERGHUIS et al., ) | |
| ) | |
| Respondents. ) | |
| _____) | |

## JUDGMENT

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be DISMISSED with prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases for failure to present a meritorious federal claim.

**IT IS FURTHER ORDERED** that a certificate of appealability is DENIED as to each issue raised by the Petitioner in this application for habeas corpus relief because Petitioner has failed to make a "substantial showing of a denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

Dated: May 30, 2006                         /s/ Wendell A. Miles
                                            Wendell A. Miles
                                            Senior U.S. District Judge